# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Trustees of the Chicago Painters and Decorators Pension Welfare, Savings, Apprenticeship, Scholarship and Joint Cooperation Trust Funds, Plaintiff,  
V.  
J and J Brothers Construction, Inc., a dissolved Illinois corporation; JNJ Drywall and Painting, Inc., an Illinois corporation, and Greg Pinto, Individually Defendants,

Case Number: FILED: JULY 22, 2008  
08CV4149  
JUDGE MORAN  
MAGISTRATE JUDGE DENLOW  
PH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: Plaintiff

| NAME (Type or print) |
|---|
| DONALD D. SCHWARTZ |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Donald D. Schwartz |

| FIRM |
|---|
| ARNOLD AND KADJAN |

| STREET ADDRESS |
|---|
| 19 WEST JACKSON BLVD. |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL. 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 03124459 | (312) 236-0415 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐ |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |