AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION, HEALTH AND WELFARE, AND DEFERRED SAVINGS PLAN TRUST FUNDS
    Plaintiffs,

V.

J AND J BROTHERS CONSTRUCTION, INC., a Dissolved Illinois Corporation; JNJ DRYWALL AND PAINTING, INC., an Illinois corporation, and GREG PINTO, Individually
    Defendant.

CASE NUMBER: 08CV4149

ASSIGNED JUDGE: JUDGE MORAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

JNJ DRYWALL AND PAINTING, INC.
C/O ITS REGISTERD AGENT, GREG PINTO
1719 SIERRE HIGHLANDS DRIVE
PLAINFIELD, IL 60586

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY SANDERS
ARNOLD AND KADJAN
19 WEST JACKSON BLVD., SUITE 300
CHICAGO, IL 60604
(312) 236-0415

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK



July 22, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | AUGUST 6, 2008 AT 11:30 A.M |
| NAME OF SERVER (PRINT) SCOTT POCIUS | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ ~~Served personally upon the defendant.~~ Served personally upon the defendant. Place where served: JNJ DRYWALL AND PAINTING, INC C/O ITS REGISTERED AGENT - GREG PINTO AT HIS PERSONAL RESIDENCE - 1719 SIERRE HIGHLANDS DRIVE, PLAINFIELD, IL. HE CAN BE DESCRIBED AS A M/H, 35 YEARS OF AGE, BLACK HAIR, BLACK FACIAL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/6/08
Date

Signature of Server  /s/ Scott Pocius

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.